IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | SUPERSEDING INDICTMENT |
| v. ) | |
| ) | Case No. 12-cr-00064-bbc |
| JUSTIN J. WATERHOUSE, ) | 18 U.S.C. § 641 |
| ) | |
| Defendant. ) | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about February 5, 2012, in the Western District of Wisconsin, the defendant,

JUSTIN J. WATERHOUSE,

knowingly stole and converted to his own use, things of value belonging to the United States, specifically, night vision monoculars and gun sights with an aggregate value in excess of $1,000.00, intending to deprive the United States the use and benefit of such property.

(All in violation of Title 18, United States Code, Section 641).

## COUNT 2

Between on or about February 5, 2012, and April 23, 2012, in the Western District of Wisconsin, the defendant,

JUSTIN J. WATERHOUSE,

without authority, knowingly sold and conveyed to M.R. things of value belonging to the United States, specifically, night vision monoculars, with an aggregate value in excess of $1,000.00, intending to deprive the United States the use and benefit of such property.

(All in violation of Title 18, United States Code, Section 641).

## COUNT 3

Between on or about March 20, 2012, and April 10, 2012, in the Western District of Wisconsin, the defendant,

JUSTIN J. WATERHOUSE,

without authority, knowingly sold and conveyed to B.G. things of value belonging to the United States, specifically, a night vision monocular, with a value in excess of $1,000.00, intending to deprive the United States the use and benefit of such property.

(All in violation of Title 18, United States Code, Section 641).

## COUNT 4

Between on or about February 15, 2012, to February 22, 2012, in the Western District of Wisconsin and elsewhere, the defendant,

JUSTIN J. WATERHOUSE,

without authority, knowingly sold and conveyed to D.P. things of value belonging to the United States, specifically, a night vision monocular and gun sight, with an aggregate value in excess of $1,000.00, intending to deprive the United States the use and benefit of such property.

(All in violation of Title 18, United States Code, Section 641).

A TRUE BILL

_____
PRESIDING JUROR

_____
JOHN W. VAUDREUIL
United States Attorney

Indictment returned: 2-20-13